SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR 06 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Herbert N. Kendrick
______________________,

Plaintiff(s),

vs.

Dr. M. Turnbough; Ms. Gerri; CA Steve; CA Luis; Capt. C. Hughes et al. ~~et al~~. Are being sued in both their professional and individual capacity

Defendant(s).

Case No.

1:22-cv-01775
Judge John J. Tharp, Jr
Magistrate Judge Jeffrey Cummings
RANDOM

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Herbert Nathan Kendrick.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, Dr. M. Turnbough; Ms. Gerri; CAstever; CAtuis; Capt. C. Hughes, et al, is
(name, badge number if known)

☐ an officer or official employed by Salvation Army;
(department or agency of government)

or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is Chicago, IL, Cook. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about January 29, 2022, at approximately 9:00 ☐ a.m. ☐ p.m.
(month,day, year)
plaintiff was present in the municipality (or unincorporated area) of Chicago, Illinois, in the County of Cook, State of Illinois, at 825 N. Christiana Ave. Chicago, IL. 60651,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

- ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- ☐ searched plaintiff or his property without a warrant and without reasonable cause;
- ☐ used excessive force upon plaintiff;
- ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
- ☒ failed to provide plaintiff with needed medical care;
- ☒ conspired together to violate one or more of plaintiff's civil rights;
- ☐ Other:



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

______________________________________________________________.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): ______________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________.

8. Plaintiff was charged with one or more crimes, specifically:

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows______________________________________________

______________________________________________________________.

☐ Other: ______________________________________________________.

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (***Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.***)

SEE ATTACHMENTS

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Plaintiff, due to Defendant(s) conduct suffered mental distress experience numbirous relapses.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

On or about January 29th, 2022, Plaintiff was permitted to enter the substance abuse treatment program at the Salvation Army Harbor Light Center (HLC). That during Plaintiff's tenure at "HLC" the Plaintiff learn through his roommate Anthony Gaston that certain officials at "HLC" approached him (A. Gaston) with respect to him possessing knowledge of Plaintiff involvement in an inappropiate relationship with certain unknown female(s) staff assign with the Pathway Forwork Program ("PFP"). Plaintiff was unable to learn anything more, therefore, left the matter alone. However, Plaintiff mother sent him several correspondants which Plaintiff failed to receive. Therefore, Plaintiff began to lend credence to A. Gaston's revelations.

That during Plaintiff remaining tenure at "HLC" the Defendants met, where an agreement was reached, where the Defendants agreed that Plaintiff would not receive the full benefit of substance abuse treatment of which those similiarly situated receives. In furtherance of Defendants agreement, it was decided that the Defendant would become subjected to harassment, intimidation, nutritional deprivation, threats, parania, and continue stalking by both Staff and "HCL" "PFP" clients. In furtherance of Defendants agreement(s) on or about January 27th, 2022, the Defendants met — where it was decided that Plaintiff's cellphone

which at all times during Plaintiff's tenure at "HLC" remained in the custody of HLC staff, (note: Plaintiff did get his cellphone at a time subsequent to the aforementioned allegation!) would be breach and its location feature would be activated. (See appended to complaint Plaintiff's grievance) Pursuant to the items of harassments; on or about March 27th, 2022, Plaintiff discharged and fled "HLC" premature to completion of a successful treatment for his substances struggles. Inspite of Plaintiff no longer being a client of "HLC", Plaintiff has and is being stalked throughout the Chicago Streets. For instance, while commuting on a CTA bus, Plaintiff confronted a fellow commuter whose been following him (Plaintiff); where Plaintiff personally viewed an identification badge hanging from the confronted commuter's lapel— belonging to Salvation Army. Once Plaintiff confronted the commuter with this fact, the commuter re-treated and fled the CTA bus!

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

---

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Herbert N. Kendrick

Plaintiff's name *(print clearly or type)*: Herbert N. Kendrick

Plaintiff's mailing address: 9656 So. Merrion Ave.

City Chicago State ILLinois ZIP 60617

Plaintiff's telephone number: (773) 978-1441/872-818-4755

Plaintiff's email address *(if you prefer to be contacted by email)*: ____________

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

# Salvation Army Harbor Light Center
# Client's Grievance Form

I, Herbert N. Kendrick am submitting the following complaint, grievance and/ or suggestion for improving Salvation Army Harbor Light Center Services.

✓ Grievance

______ Suggestion

Issue:

Damage Cellphone:
Phone Breach, and
Harassment

Staff involved (if any): CA Peter B.; CA Steve; CA Freeman and unknown crooks!

Program: ____________________

Suggested actions and/or resolution desired:

SEE ATTACHED

Client signature: H. Kendrick Date: 3-25-22

(over)

Salvation Army Harbor Light Center
Client's Grievance Form (page 2)

Step 1 – 2 Unit Manager/Supervisor Investigation:
Client was requested to meet ~~before~~ the review board to discuss this matter.

Unit Manager/Supervisor's Signature: [signature] Date: 0/28/2022

Step 3 - Director of Clinical Program's Investigation:

Director of Clinical Program's Signature: ____________ Date: ________

Step 4 - Review Board investigation:
met c̄ client; read his letter, clt appeared disorientated and was unable what he wrote in letter. However our policy does not reimburse for alleged phone dropping. Clt has been informed of policy.

Review Board Signature: [signature] Date: 3/28/22

Client reported the Harassment was a person on the bus and not someone here at the Salvation Army.

Step 5 - Directors of Harbor Light investigation:

Directors of Harbor Light Signature: ____________ Date: ________

Date Closed: ___/___/___

Staff Signature/Title: ____________ Date: ________

On or about January 29, 2022, Herbert N. Kendrick ("Client") was received and screened for entry into the substance treatment program here at the Salvation Army Harbor Light Center by CA Peter B. ("CA"). "CA" inventoried several cellphones and devices where were the properties of Client. However, the one of particular interest and the subject of this complaint is a newer model Samsung Cellphone.

While inventoring said cellphone "CA" placed the same into a Legal Tab folder and stapled said folder shut with "Client's" cellphone enclosed.

"client" immediately expressed his reservations to "CA" for "Client" realized that typically cellphones are delicate and easily damage. Nonetheless, "CA" merely responded "That it'll be alright," and continue to scale "Client's" Cellphone into said folder. Id.

Thereafter, "Client" was escorted to the Intake Unit where he ("client") was receive by CA Freeman. "Client" personally witnessed "CA" hand CA Freeman the Legal Tab folder with Client's Cellphone inside.

That following completion of his initial substance treatment in the IRU location, for the first time

Client was allow access to the cellphone in issue herein. Whereupon — "Client" noticed that several dark-marks were on the face of the phone's screen!

While addressing an additional matter of epic concern to "Client" with IRU CA Steve, i.e., ~~that~~ the disappearance of "Client's" cellphone charger the matter of the damage cellphone was broached.

CA Steve states having no knowledge of the circumstances surrounding the damage cellphone. Id. CA Steve, further states returning to Client what was left in the sealed Legal Tab folder ~~to~~ to Client. — However, it should be noted "Client's" cellphones weren't personally returned to him save the same were merely left on the bed in Rm 260 of the IRU Unit.

Client, at first opportunity sought a more professional explanation for how the dark marks on the face of the phone's screen with several cellphone outlets retailers. Which the overwhelming consensus were that the dark marks on the face of the cellphone are referred to bleeding. Which the same ~~occurs~~ occurs when either a cellphone is dropped and/or lack an opportunity to receive proper ventilation; hence the sealed Legal Tab folder. Id.

That for purpose of total disclosure, Client

Client's damaged cellphone was breached by someone who broke into the same and activated its Locator tool, which absent judicial authority (ie, search warrant) the same is a lawless act, for it's tantamount to wiretapping. "(NOT COOL!)"

Client is respectfully requesting the appropiate reviewing authority to partner with Client in reaching a meaningful resolution to this breach; for surely a number of location requests were sent by an identifying phone #.

Respectfully, client ask that he be fully compensated for the cost of his cellphone $300.00. Client additionally request disclosure of the actor(s) who broke into his cellphone, as the same become available.

Submitted by:

H. Nathan Kendrick

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ ***(Place X in box if you are seeking punitive damages.)*** Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Herbert N. Kendrick

Plaintiff's name ***(print clearly or type)***: Herbert N. Kendrick

Plaintiff's mailing address: 9656 So. Merrion Ave.

City Chicago State IL ZIP 60617

Plaintiff's telephone number: (773) 918-7441.

Plaintiff's email address ***(if you prefer to be contacted by email)***: NA

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

***If yes, please list the cases below.***

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***